# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

CLINTON STRANGE,

Plaintiff

18 - 1852

v.

REWARD ZONE USA LLC,

a Delaware Domestic Limited Liability Company

Defendant



FILED

NOV 21 2018

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CIVIL ACTION:

FOR WILLFULL VIOLATIONS OF

THE TELEPHONE CONSUMER PROTECTION ACT OF 1991

47 U.S.C. § 227

**DEMAND FOR JURY TRIAL**

Preliminary Statement:

This is an action brought by an adult individual consumer who is a natural person

against Defendant REWARD ZONE USA LLC for willful violations of the

Telephone Consumer Protection Act of 1991 ("TCPA"), under the following U.S.

Federal Statutes:

47 U.S.C. § 227(c)(5)

&

47 U.S.C. § 227(b)(1)(a)(iii)


Jurisdiction of this court arises under:

47 U.S.C. § 227(g)(2)

&

28 U.S.C. § 1331


Venue lies properly in this court:

Pursuant to 47 U.S.C. § 227(g)(4)

&

28 U.S.C. § 1391

**Parties:**

Plaintiff Clinton Strange is an adult individual residing at 7021 Winburn Drive, Greenwood, LA 71033

Defendant REWARD ZONE USA LLC is a Delaware Domestic Limited Liability Company

&

Whose registered agent is listed according to the Delaware Division of Corporations website is:

USA CORPORATE SERVICES INC.

3500 S DUPONT HWY

DOVER, DE  19901

**Factual Allegations:**

1.  Plaintiff's wireless cellphone number 318-423-5057 has been registered on the Federal do-not-call listing since 1-3-2018[ *See Exhibit A*].

2.  Plaintiff does not like to receive commercial solicitations and advertisements from marketers / telemarketers in the form of phone calls and text messages on his wireless cellphone because he regards them as "an intrusion on his seclusion", and "an invasion of privacy" which is protected under the U.S. Constitution, and further [they] deplete

Plaintiff's memory storage capacity on his cellphone, deplete Plaintiff's

battery level on his cellphone, and require him to use a measurable

amount of mental and physical energy to review the contents of the

unwanted text spam messages. Plaintiff alleges that he has Article III

standing under the U.S. Constitution to sue Defendants for their alleged

conduct. Plaintiff also incurs charges for data use on his cellphone plan.

3.  Plaintiff alleges that the Defendant, or Defendant's marketing agent, sent

Plaintiff 1 or more text messages to his cellphone number 318-423-5057

within a 12-month period.

4.  Plaintiff has no Established Business Relationship with Defendant.

5.  On 09/07/2018 at 2:48pm CDT the Plaintiff received an SMS/MMS text

message (*See Exhibit B*) on his cellphone from (409) 684-2857 that read:

Clinton,

We Apreciate our Clients and Your phone was elected for our Friday-

prize. Ends 9/07

See

CustomerRewardsR.io/BFlcwZ

stop2end

6. Plaintiff clicked on the link to discover who the "sender' was and it turned out to be a Marketing Partner of the Defendant(*See Exhibit C).*

7. The Full Hyperlink attached to the text message is viewable in *Exhibit E.*

8.  The text message Spam was sent to the Plaintiff's cellphone number 318-423-5057.

9.   Defendant is a Delaware Domestic Limited Liability Company *See Exhibit F.*

10. 47 U.S.C. § 227(c)(5) states in relevant part that:

**(5)Private right of action** A <u>person</u> who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may, if otherwise permitted by the laws or rules of court of a State bring in an appropriate court of that State—

**(A)** an action based on a violation of the regulations prescribed under this subsection to enjoin such violation,

**(B)** an action to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater, or **(C)** both such actions.

11.   47 U.S.C. § 227(b)(1)(a)(iii) states in relevant part that:

**(b)Restrictions on use of automated telephone equipment**

**(1)Prohibitions** It shall be unlawful for any <u>person</u> within the <u>United States</u>, or any

person outside the <u>United States</u> if the recipient is within the <u>United States</u>—

**(A)**to make any call (other than a call made for emergency purposes or made with

the prior express consent of the called party) using any <u>automatic telephone dialing</u>

<u>system</u> or an artificial or prerecorded voice—

or

**(iii)** to any telephone number assigned to a paging service, cellular telephone

service, specialized mobile radio service, or other radio <u>common carrier</u> service, or

any service for which the called party is charged for the call, unless such call is

made solely to collect a debt owed to or guaranteed by the United States;

12.   47 U.S.C. § 227(e) states in relevant part that:

**(E)Venue; service or process**

**(i)Venue**

An action brought under subparagraph (A) shall be brought in a district court of the United States that meets applicable requirements relating to venue under section 1391 of title 28.

**(ii)Service of process** In an action brought under subparagraph (A)—

**(I)**

process may be served without regard to the territorial limits of the district or of the State in which the action is instituted; and

**(II)**

a person who participated in an alleged violation that is being litigated in the civil action may be joined in the civil action without regard to the residence of the person.

13.  47 U.S.C. § 227(c)(5)(c) provides in relevant part that:

It shall be an affirmative defense in any action brought under this paragraph that the defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed under this subsection. If the court finds that the defendant willfully or knowingly violated the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount

equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

14.   Courts have previously upheld that Officers and Directors of Corporations can be held personally liable for TCPA violations when they are committed knowingly and willfully as Plaintiff alleges against Defendants *See **Los Angeles Lakers, Inc. v. Federal Insurance Company,*** 2:14-cv-07743, Central District of California (2014).

15.   Courts have previously upheld that in other TCPA cases Jurisdiction and Venue were proper in the District Court where Plaintiff is domiciled, and that Directors and Officers were responsible for TCPA violations if they were willful and knowing: See *Larry v. Doctors Answers, LLC*, No. cv-12-S-3510-NE, 2013 WL 987879 (N.D. Ala. March 8, 2013 [1]

---

[1] An Alabama Plaintiff sued New Jersey Defendants for violating the TCPA by sending an unsolicited fax advertising material for answering services provided by Defendant. Defendant filed a Motion to Dismiss challenging Personal Jurisdiction, Venue and Plaintiff's ability to state a claim upon which relief can be granted. The court denied the motion on all grounds.

With respect to Defendant's challenge to the court's personal jurisdiction, the court recited the

United States Supreme Court's express acknowledgement that "'*federal* interest in regulating

telemarketing to protect the privacy of individuals while permitting legitimate commercial

practices' 'would be less well served if consumers had to rely on 'the laws or rules of court of a

State' or the accident of diversity jurisdiction, to gain redress for TCPA violations.' Thus,

'federal courts [have] *federal-question* jurisdiction over private TCPA suits.'"

Addressing Defendants' argument that venue was only proper in New Jersey, the court

concluded that "'venue is proper in the district where [plaintiff] resides because the injury did

not occur' when the facsimile was sent from New Jersey, it occurred when 'the [facsimile]

was *received* in Alabama," declining to transfer the case for the convenience of the parties.

Finally, rejecting Defendants' argument that they could not be personally liable for alleged

wrong doing of the company, the court noted "'[t]he fact that the persons . . . acting [in violation

of federal law] are acting for a corporation also, of course, may make the corporation liable

under the doctrine of *respondeat superior. It does not relieve the individuals of their*

*responsibility,* '" adding that "an officer may be personally liable under the TCPA if he had

direct, personal participation in or personally authorized the conduct found to have violated the

statute and was not merely tangentially involved. *Individuals who directly (and here, knowingly*

*and willfully) violate the TCPA should not escape liability solely because they are corporate*

*officers.* '"

16. The TCPA was originally intended by congress to give private

individuals a private right of action against violators of the TCPA due to

the inability of the FTC and FCC to pursue alleged offenders due to the

overwhelming number of violations committed daily. In essence the U.S.

Congress intended to make of the U.S. Citizenry an army of Private

Attorneys General to curb TCPA violations with a large bounty for

violations of the act.

---

## Count I:

## Negligent Violations of the Telephone Consumer Protection Act

## 47 .S.C. §227(b)

17.Plaintiff repeats and incorporates by reference into this cause of action

the allegations set forth above at Paragraphs 1-16.

18The foregoing acts and omissions of Defendant constitute numerous and

multiple negligent violations of the TCPA, including but not limited to each

and every one of the above cited provisions of 47 U.S.C. § 227(b), and in

particular 47 U.S.C. § 227 (b)(1)(A).

19.As a result of Defendant's negligent violations of 47 U.S.C. § 227(b),

Plaintiff is entitled an award of $500.00 in statutory damages, for each

and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

20.Plaintiff is also entitled to and seeks injunctive relief prohibiting such

conduct in the future.

## Count II:

**Knowing and/or Willful Violations of the Telephone Consumer**

**Protection Act**

**47 U.S.C. §227(b)**

21. Plaintiff repeats and incorporates by reference into this cause of action

the allegations set forth above at Paragraphs 1-*16 :*

22. The foregoing acts and omissions of Defendant constitute numerous

and multiple knowing and/or willful violations of the TCPA,

including but not limited to each and every one of the above cited

provisions of 47 U.S.C. § 227(b), and in particular 47 U.S.C. § 227

(b)(1)(A).

23. As a result of Defendant's knowing and/or willful violations of 47

U.S.C. § 227(b), Plaintiff is entitled an award of $1,500.00 in

statutory damages, for each and every violation, pursuant to 47 U.S.C.

§ 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

24. Plaintiff is also entitled to and seeks injunctive relief prohibiting such

conduct in the future.

**Count III:**

**Negligent Violations of the Telephone Consumer Protection Act**

**47 U.S.C. §227(c)**

25. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-16.

25 The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(c), and in particular 47 U.S.C. § 227 (c)(5).

26. As a result of Defendant's negligent violations of 47 U.S.C. § 227(c), Plaintiff is entitled an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(c)(5)(B).

27. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

**Count IV:**

**Knowing and/or Willful Violations of the Telephone Consumer**

**Protection Act**

**47 U.S.C. §227 et seq.**

28. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-16.

29. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA,

including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(c), in particular 47 U.S.C. § 227 (c)(5).

30. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227(c), Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(c)(5).

31. Plaintiff is entitled to and seeks injunctive relief prohibiting such conduct in the future.

**Jury Trial Demand;**

Plaintiff demands trial by jury on all issues so triable.

**Prayer for Relief;**

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages against the Defendants based on the following requested relief:

Statutory Damages;

Stacked Damages;

Trebled Damages;

Enjoinder from further violations of these parts;

Costs of Litigating the action together along with all reasonable attorney's fees (if any);

And such other and further relief as may be necessary just and proper.

Respectfully Submitted,

X _____      _11-16-2018_

Clinton Strange                              Dated

Pro Se

7021 Winburn Drive

Greenwood, LA 71033

318-423-5057

parsmllc@gmail.com

# EXHIBIT A

1/3/2018 National Do Not Call Registry



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Back to Top

 National Do Not Call Registry

En Español

Registration Complete

You have registered the following telephone number in the National Do Not Call Registry:

(318) 423-5057

You may print this page if you wish to retain a copy for your records.

Back to ftc.gov | Privacy Policy

# EXHIBIT B



4096842857
Mobile

8 PM

Clinton,

We Apreciate our Clients and Your phone was elected for our Friday-prize. Ends 9/07

See

CustomerRewardsR.io/BFlcwZ

stop2end

  





4096842857

## Message Info

From 4096842857

Received 9/7/18 2:48 PM

Type Text message

Size 137 bytes

Uid 843894926

Message Source Phone

Thread Id 155

Native Thread Id 162

Msg DB Id 1729

Native Id 1382

Date Fri Sep 07 14:48:52 CDT 2018

HIDE DE            CLOSE

# EXHIBIT C

s://simplesolutions.io   ②   ⋮



Google



Google
Membership
Rewards

## Congratulations Google User, you get a Google reward!
18. October, 13. September,

Every Thursday We select 10 lucky Google users randomly to receive a reward from our sponsors. This reward is **ONLY** for users in **United States**! This is our way of thanking you for your constantly support for our products and services.

You can choose a **$1000 Visa Giftcard, iPhone X 256G** or **Samsung Galaxy S8**.

All you need to do is answer the following questions to continue.

 s://simplesolutions.io  ⋮



**get a Google reward!**

18. October,13. September,

Every Thursday We select 10 lucky Google users randomly to receive a reward from our sponsors. This reward is **ONLY** for users in **United States!** This is our way of thanking you for your constantly support for our products and services.

You can choose a **$1000 Visa Giftcard, iPhone X 256G** or **Samsung Galaxy S8**.

All you need to do is answer the following questions to continue.

**Note:** ACT NOW! 8 users have received this invitation and there are limited rewards available.

You have **0 minute and 1 seconds** to answer the following questions before we give the prizes to another lucky user! Good luck!

# Question 1 of 3: **Who founded Google?**

**From:** Clinton strange
**Sent:** Thursday, October 18, 2018 5:18 PM
**To:** clint
**Subject:** Reward zone spam text

https://simplesolutions.io/v10/?cep=wo2_ZUopI0C_sVRwftU3eroOyoX2V3jDxwKovwUCLy22MR3bRA7o
ZhbtDgZc-
4Lyrd4_8xBaubdyGyChngoJbdrhSHVlrAg4IJ7SFZLzamZd_AE5IdPA_sHwQqo3Wh6_5udAQo6SrsuX2uN1W
jvPSpcbRL07Wh9NmltO1x96G00gUtPPnAEYsyg2udjua45v

# EXHIBIT D

Privacy Policy

YOUR REGISTRATION INFORMATION, COMPLETING THE SURVEY OR VIEWING OPTIONAL OFFERS WITHOUT COMPLETING THE NUMBER OF REQUIRED OFFERS SPECIFIED ABOVE DOES NOT QUALIFY YOU FOR AN INCENTIVE. We verify your registration information and if it's inaccurate, the pages with the Gold, Silver and Platinum offers may not be displayed. If that happens, you won't be eligible to earn an incentive.

By participating, you agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy which includes your consent to our sharing your personally identifiable information with our Marketing Partners for which we may be compensated and to receive email marketing from our Marketing Partners.

RewardZone USA administers this website and does not claim to represent or own any of the trademarks, tradenames or rights associated with the displayed brands or any of the incentives which are the property of their respective owners who do not own, endorse, or promote RewardZone or this promotion.

Member Support - Prize Status - Privacy Policy - Terms & Conditions - FAQ - Unsubscribe

## Question 1 of 3

# Do you feel
# low on cash lately?



**Yes**          **No**

### NATI◯NAL CONSUMER CENTER

**Program Requirements – Updated July 27, 2018.** To earn an incentive, you must 1) be a U.S. resident 18 years or older; 2) provide accurate and complete registration information; 3) complete the survey questions; 4) view optional offers; and 5) complete the requisite number of Silver, Gold and Platinum offers which are split into two tiers based on the incentive's value. For Tier 1 incentives with a value of $100 or less, complete 1 Silver, 1 Gold and 2 Platinum offer. For Tier 2 incentives with a value of more than $100, complete 1 Silver, 1 Gold, and 8 Platinum offers. You must complete all offers within 20 days from when you complete your first offer. Completion of offers usually requires a purchase or entering into a paid subscription program for goods or

# GoDaddy®



Promos 

## Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**    **Local listings**

# WHOIS search results

Domain Name: surveysandpromotionsusa.com
Registry Domain ID: 2082147273_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-09-20T14:09:58Z
Creation Date: 2016-12-15T15:39:01Z
Registrar Registration Expiration Date: 2020-12-15T15:39:01Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Hosting Operations
Registrant Organization:
Registrant Street: 128 Court Street
Registrant Street: 3rd Floor
Registrant City: White Plains

Registrant State/Province: New York
Registrant Postal Code: 10601
Registrant Country: US
Registrant Phone: +1.9172832375
Registrant Phone Ext:
Registrant Fax: +1.6463493872
Registrant Fax Ext:
Registrant Email: domainmaster@rewardzoneusa.com
Registry Admin ID: Not Available From Registry
Admin Name: Hosting Operations
Admin Organization:
Admin Street: 128 Court Street
Admin Street: 3rd Floor
Admin City: White Plains
Admin State/Province: New York
Admin Postal Code: 10601
Admin Country: US
Admin Phone: +1.9172832375
Admin Phone Ext:
Admin Fax: +1.6463493872
Admin Fax Ext:
Admin Email: domainmaster@rewardzoneusa.com
Registry Tech ID: Not Available From Registry
Tech Name: Hosting Operations
Tech Organization:
Tech Street: 128 Court Street
Tech Street: 3rd Floor
Tech City: White Plains
Tech State/Province: New York
Tech Postal Code: 10601
Tech Country: US
Tech Phone: +1.9172832375
Tech Phone Ext:
Tech Fax: +1.6463493872
Tech Fax Ext:
Tech Email: domainmaster@rewardzoneusa.com
Name Server: ALEXIS.NS.CLOUDFLARE.COM
Name Server: VIDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-11-03T21:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

# Want to buy this domain?

Get it with our Domain Buy Service.

Go

# Is this your domain?

Add hosting, email and more.

Go



**About GoDaddy**
About Us
Contact Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Blog
**Support**
Product Support
Community
Report Abuse
**Resources**
Webmail
WHOIS
ICANN Confirmation



Tools for Pros

Redeem Code

Product Catalog

Site Map

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

🌐 United  States  -  English  USD

f  🐦  G+  ▶

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



             



## Whois Lookup
### Who owns it?

simplesolutions.io          🔍

**Domains → Whois → Results**

# simplesolutions.io

```
Domain Name: SIMPLESOLUTIONS.IO
Registry Domain ID: D503300000168027075-LRMS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: www.namecheap.com
Updated Date: 2018-09-28T04:07:20Z
Creation Date: 2018-09-28T04:05:41Z
Registry Expiry Date: 2019-09-28T04:05:41Z
Registrar Registration Expiration Date:
Registrar: NameCheap, Inc
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: serverTransferProhibited
https://icann.org/epp#serverTransferProhibited
Registrant Organization:
Registrant State/Province: Panama
```

```
Registrant Country: PA
Name Server: NS1.CLICKCASHMAGNET.COM
Name Server: NS2.CLICKCASHMAGNET.COM
DNSSEC: unsigned
>>> Last update of WHOIS database: 2018-11-03T21:39:46Z
```

## Need help?
We're always here for you.

Chat with a Live Person



namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com      Join

The entirety of this site is protected by copyright © 2001–2018 Namecheap.com.

# EXHIBIT E

**From:** Clinton strange
**Sent:** Thursday, October 18, 2018 5:25 PM
**To:** clint
**Subject:** Reward zone spam

https://www.surveysandpromotionsusa.com/?Flow=6b51d955-0748-462e-9eb5-0ccdd7eceb37&isPrePop=true&reward=vsagc1000&o=205134&subaff1=1030&subaff2=203549&subaff3=96122&subaff4=Visa1000&DVID=&email={email}&firstname={firstname}&lastname={lastname}&gender={gender}&dobmonth={dobmonth}&dobday={dobday}&dobyear={dobyear}&telephone={telephone}&address1={address1}&address2={address2}&city=Bethany&state={state}&zippost={zippost}&bckm=1

# EXHIBIT F

Delaware.gov                                           Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

Allowable Characters

### HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

### SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

### INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of
Documents

View Search Results

Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4954383 | Incorporation Date / Formation Date: | 3/16/2011 (mm/dd/yyyy) |
| Entity Name: | REWARD ZONE USA LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 1/26/2017 |

**TAX INFORMATION**

Last Annual Report Filed: 0                    Tax Due: $ 0

Annual Tax Assessment:  $ 300        Total Authorized Shares:

**REGISTERED AGENT INFORMATION**

Name:           USA CORPORATE SERVICES INC.

Address:        3500 S DUPONT HWY

City:            DOVER             County:  Kent

State:           DE                Postal Code:  19901

Phone:          800-891-7432

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Change of Agent; LLC 9030670 | 1 | 12/21/2012 | 8:32 PM | 12/21/2012 |
| 2 | LLC | 1 | 3/16/2011 | 9:31 AM | 3/16/2011 |

Back to Entity Search      Email Status

For help on a particular field click on the Field Tag to take you to the help area.

**From:** DO_NOT_REPLY_DCIS@state.de.us
**Sent:** Thursday, October 18, 2018 6:55 PM
**To:** parsmllc@gmail.com
**Subject:** Payment Verification Notice for Amount of $20.00


The payment has been authorized and accepted. Payment Type: Credit Card Amount: $20.00
Authorization No: Remittance No: 0755536424 File Number:4954383 Credit Card Expiration Date:
Month:12 Year:2019

# *State Of Delaware*

Entity Details

10/18/2018  7:57:45PM

File Number: 4954383

Incorporation Date / Formation Date:  3/16/2011

Entity Name:  REWARD ZONE USA LLC

Entity Kind:  Limited Liability Company

Entity Type:  General

Residency:  Domestic

State:  DELAWARE

Status:  Good Standing

Status Date:  1/26/2017

**Registered Agent Information**

Name:  USA CORPORATE SERVICES INC.

Address:  3500 S DUPONT HWY

City:  DOVER

Country:

State:  DE

Postal Code:  19901

Phone:  800-891-7432

**Tax Information**

Last AnnualReport Filed:  0

Tax Due:  $ 0

Annual Tax Assessment:  $300

Total Authorized Shares:

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|-----|-------------|-------------|------------------------|-------------|---------------------------|
| 1 | Change of Agent; LLC<BR>9030670 | 1 | 12/21/2012 | 8:32 PM | 12/21/2012 |
| 2 | LLC | 1 | 3/16/2011 | 9:31 AM | 3/16/2011 |



Clinton A. Strange
7021 Winburn Dr.
Greenwood, LA 71033-3215

Clinton Strange

7021 Winburn Drive

Greenwood, LA 71033

Office of the Clerk

United States District Court

844 North King St Unit 18

Wilmington, DE 19801-3570

RECEIVED
NOV 21 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

18 - 1852

U.S. POSTAGE PAID
PC MLS ENV
GREENWOOD, LA
71033
NOV 16, 18
AMOUNT
$2.89
R2305H129624-07