# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

CLINTON STRANGE,

Plaintiff

Civil Action 18-01852

No Judge Yet Assigned

v.

REWARD ZONE USA LLC,

a Delaware Domestic Limited Liability Company

Defendant



FILED
DEC 03 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFF'S MOTION TO DISMISS THE ACTION WITH PREJUDICE**

## STATEMENTS REGARDING PLAINTIFF'S MOTION:

1. Plaintiff prays that the court will enter an order dismissing this action WITH PREJUDICE on all counts.

2. The Plaintiff was not in any way coerced or intimidated into filing this motion to dismiss.

3. The Plaintiff submits this motion out of his own free will and volition, and further certifies that he is of sound mind as he does so.

Respectfully Submitted,

X _[signature]_                    11-27-2018

Clinton Strange                    Dated

Pro Se

7021 Winburn Drive

Greenwood, LA 71033

318-423-5057

parsmllc@gmail.com

CERTIFICATE OF SERVICE:

The Plaintiff in this action served upon the Defendant a copy of this Motion to dismiss with prejudice by placing a copy in the US Mail with enough 1st class postage affixed on __11-27-2018__, 2018.

The mailing was addressed to the registered agent in DE for Defendant

I swear under the pains and penalties of perjury that all the foregoing statements are both true and correct

*[signature]*         11/27/2018

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570





U.S. POSTAGE PAID
FCM LG ENV
GREENWOOD, LA
71033
NOV 28, 18
AMOUNT
$0.21
R2305H129624-07



USA FOREVER
USA FOREVER



FILED
DEC 03 2018
US DISTRICT COURT
DISTRICT OF DELAWARE