IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLINTON STRANGE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-1852-RGA |
| | : | |
| REWARD ZONE USA, LLC, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, the Plaintiff filed a Motion to Dismiss the Action With Prejudice (D.I. 3);

WHEREAS, summons have been issued but not returned executed;

WHEREAS, to date no answers have been filed:

NOW THEREFORE, IT IS HEREBY ORDERED, that the case is DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2).

December 4, 2018
Date

_[signature]_
United States District Judge